In re McGEE. (Supreme Court, Appellate Division, Second Department. January 14, 1896.) In the matter of the application of Alice McGee, as executrix of the last will and testament of Thomas McGee, deceased, for leave to sell property for the payment of decedent's debts. No opinion. Motion to dismiss the appeal denied, without costs. All concur.

MAGGIO, Respondent, v. LAKE SHORE & M. S. RY. CO., Appellant. (Superior Court of Buffalo, General Term. December 23, 1895.) Action by Rosanio Maggio, as administratrix, etc., against the Lake Shore & Michigan Southern Railway Company. No opinion. Judgment and order appealed from affirmed, with costs.

MAHONEY, Appellant, v. CITY OF NIAGARA FALLS, Respondent. (Supreme Court, General Term. Fifth Department. December 28, 1895.) Action by Catherine Mahoney against the city of Niagara Falls. No opinion. Order affirmed, costs of this appeal to abide the event.

MAHONEY v. McWALTERS et al. (Supreme Court, General Term, Second Department. December 27, 1895.) Action by Daniel Mahoney against Jarvis McWalters and others. No opinion. Motion for reargument granted. See 36 N. Y. Supp. 149.

MARDIN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Superior Court of Buffalo, General Term, December 23, 1895.) Action by David Mardin against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order appealed from affirmed, with costs.

MARINELLI, Respondent, v. FERRAND, Appellant. (Common Pleas of New York City and County, Additional General Term. December 16, 1895.) Action by Louis Marinelli against Nelson A. Ferrand. Cromwell G. Macy, for appellant. Turk J. Roth, for respondent. No opinion. Judgment reversed; new trial ordered; costs to appellant to abide event.

MARTINEAU, Respondent, v. TOWN OF SANTA CLARA, Appellant. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Eugene Martineau against the town of Santa Clara. No opinion. Judgment affirmed, with costs.

MATHESON et al. v. SMITH. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by Adam S. Matheson and R. C. Neal, as receivers of the American Iron & Tube Company, against Alonzo E. Smith. No opinion. Order affirmed, with costs. All concur.

In re MAYOR, etc. In re ANDERSON et al. (Supreme Court, General Term, First Department. December 18, 1895.) Reeves & Todd, for petitioner. Francis M. Scott, Corp. Counsel, for the mayor, etc.

PER CURIAM. This not being an action for the recovery of an award, the provisions of the statute in regard to interest do not apply. No interest should, therefore, have been allowed upon the award, and the referee's report should be confirmed, except as to such allowance of interest.

MERCANTILE TRUST CO., Appellant, v. ATLANTIC TRUST CO., Respondent. (Supreme Court, General Term, First Department. December 18, 1895.) Action by the Mercantile Trust Company against the Atlantic Trust Company. H. A. Taylor, for appellant. J. L. Ward, for respondent. No opinion. Order to be entered reversing order appealed from unless defendant give security, to be fixed upon application to special term. See memorandum Per Curiam.

MILLER v. KING et al. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by George Miller against John King and John G. McCullough as receivers. No opinion. Judgment and order reversed, and new trial granted; costs to abide event. All concur.

MINCHIN, Appellant, v. GARDINER et al., Respondents. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Harry L. Minchin against Charles D. Gardiner and others. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

MISKA, Respondent, v. SMITH, Appellant. (Common Pleas of New York City and County, Additional General Term. December 16, 1895.) Action by Howarth Miska against Angus H. Smith. John Delahunty, for appellant. Kantrowitz & Esberg, for respondent. No opinion. Judgment affirmed, with costs.

MITCHELL, Appellant, v. FORD et al., Respondents. (Superior Court of Buffalo, General Term. July, 1895.) Action by Ellen J. Mitchell against James E. Ford and others. No opinion. Judgment appealed from affirmed, with costs.

MONTGOMERY v. RYAN et al. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by George C. Montgomery against William J. Ryan and another. Hyland & Zabriskie, for appellants. Gustave S. Drachman, for respondent.

DYKMAN, J. This is an appeal from an order denying a motion to change the place of trial of this action from the county of Westchester to the county of New York. There is no merit in the appeal, and the order should be affirmed, with $10 costs and disbursements.

MOORE, Appellant, v. BROWN, Respondent. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by William Moore against Simeon Brown. No opinion. Order affirmed, with costs and disbursements.